IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONNA SHOTWELL, | |
| **Plaintiff,** | |
| v. | Case No. 25-CV-5-JFH-GLJ |
| THE STATE OF OKLAHOMA DEPARTMENT OF TOURISM AND RECREATION et al., | |
| **Defendant.** | |

## ORDER

Before the Court is Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 32. The Magistrate Judge recommends that the motion to dismiss filed by Defendant Shelley Zumwalt [Dkt. No. 20] be granted.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendant Shelley Zumwalt's motion to dismiss [Dkt. No. 20] is GRANTED. Plaintiff's claims against Defendant Shelley Zumwalt are DISMISSED without prejudice, and Plaintiff may file an amended complaint with respect to her due process claim, no later than August 15, 2025.

IT IS SO ORDERED this 4th day of August 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE