## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONNA SHOTWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    Case No. CIV-25-005-GAG-GLJ |
| SHELLEY ZUMWALT, INDIVIDUALLY | ) |
| AND IN HER OFFICIAL CAPACITY AS | ) |
| EXECUTIVE DIRECTOR THE OKLAHOMA | ) |
| DEPARTMENT OF TOURISM AND | ) |
| RECREATION, UNITED STATES ARMY | ) |
| CORPS OF ENGINEERS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendant Shelly Zumwalt in her individual and official capacity as Executive Director of the Oklahoma Department of Tourism and Recreation has moved to dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). See Dkt. No. 38.

On December 11, 2025, Magistrate Judge Gerald L. Jackson issued a Report & Recommendation (Dkt. No. 46) recommending that I grant the motion to dismiss.

I have reviewed the report and recommendation, as well as the plaintiff's objection thereto (Dkt. No. 47). Additionally, I have reviewed the Second Amended Complaint (Dkt. No. 36), motion to dismiss (Dkt. No. 38) and plaintiff's response thereto (Dkt. No. 39).

Upon doing so I concur with Magistrate Judge Jackson's recommendation that dismissal is indeed warranted. I will not wax longiloquent in rehashing Judge Jackson's detailed and extremely well-reasoned analysis. Therefore, I hereby ADOPT the Report & Recommendation (Dkt. No. 46) in its entirety and thus GRANT defendant Zumwalt's motion to dismiss the Second Amended Complaint (Dkt. No. 38).

At this time, defendant Army Corps of Engineers seems to have been served but has not appeared. Within five (5) days of entry of this order plaintiff shall inform whether she intends to proceed against said defendant and, if so, inform the court of the next steps she will take in this case, if any. Failure to comply with this order shall result in the entry of final judgment in the entire case, as the undersigned will assume plaintiff will not prosecute the case as to the Army Corps of Engineers.

/s/ Gustavo A. Gelpí _____
**GUSTAVO A. GELPÍ**
Circuit Judge, U.S. Court of Appeals for the First Circuit
Sitting by designation